IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES LEE ANTHONY,

    Plaintiff,

v.                                5:14cv274-WS

OFFICER MAYS, et al.,

    Defendants.

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed January 16, 2015. See Doc. 12. The magistrate judge recommends that the plaintiff's complaint be dismissed pursuant to 28 U.S.C. § 1915(g). The plaintiff has filed no objections to the magistrate judge's report and recommendation.

Having reviewed the record, the court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 12) is hereby ADOPTED and incorporated by reference into this order.

2.  The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g).

3.  The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

4.  The clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(g).

DONE AND ORDERED this   26th   day of    February   , 2015.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE